# ILLINOIS OFFICIAL REPORTS

## Appellate Court

---

### *People v. Logan*, 2011 IL App (1st) 093582

---

| | |
|---|---|
| Appellate Court Caption | THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. LEONARD LOGAN, Defendant-Appellant. |
| District & No. | First District, First Division<br>Docket No. 1–09–3582 |
| Filed | June 27, 2011 |
| Held<br>(*Note: This syllabus constitutes no part of the opinion of the court but has been prepared by the Reporter of Decisions for the convenience of the reader.*) | The appellate court upheld the trial court's denial of defendant's postconviction petition following a third-stage evidentiary hearing after his conviction for first-degree murder was affirmed on appeal where polygraph evidence related to a witness was admitted only after she testified that her statement and grand jury testimony implicating defendant had been coerced, the evidence was used as a shield, not as a sword, no one objected to the trial court's decision to defer giving a limiting instruction until the close of the trial, the instructions sufficiently informed the jury that it was not to speculate as to the results of the polygraph examinations, defendant's trial counsel made a strategic decision not to tender a limiting instruction, and defendant did not object to the prosecutor's argument that the witness confessed after failing her second polygraph examination. |
| Decision Under Review | Appeal from the Circuit Court of Cook County, No. 97–CR–19288; the Hon. James Obbish, Judge, presiding. |
| Judgment | Affirmed. |